**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 19-190-9** |
| | ) | |
| **JAMAL KNOX** | ) | |

## <u>Order</u>

Following a November 17, 2022 hearing on two outstanding pretrial motions, the Court makes the following rulings:

1.      Defendant's Motion to Compel Government to Provide Defendant with Written Statement of Uncharged Misconduct Evidence and/or Federal Rule of Evidence 404(b) Evidence, and for Pretrial Production of Such Evidence, ECF No. 1024, is denied as moot, without prejudice.

2.      Defendant's Motion in Limine (Amended), ECF No. 1087, is denied.  The Court has considered the evidence sought to be excluded and the pleadings and arguments of counsel. The evidence the government intends to introduce were seized during the time frame of the alleged conspiracy and are relevant to involvement in the conspiracy.  Said evidence is relevant. The Court further concludes that the probative value of the evidence is not substantially outweighed by the danger of unfair prejudice, confusion of the issues, or misleading the jury. Fed. R. Evid. 403.


IT IS SO ORDERED.

Dated: November 17, 2022

Marilyn J. Horan
United States District Court Judge